UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>a municipal corporation,<br>441 4th Street, N.W.,<br>Washington, D.C. 20001,<br><br>       Plaintiff,<br><br>       v.<br><br>MARQUEE HOLDINGS INC.,<br>a Delaware corporation,<br>d/b/a AMC Entertainment Inc.,<br>1221 Avenue of the Americas<br>39th Floor<br>New York, NY 20020-1080<br><br>and<br><br>LCE HOLDINGS, INC.,<br>a Delaware corporation,<br>d/b/a Loews Cineplex Entertainment Corp.<br>711 Fifth Avenue<br>New York, NY 10022<br><br>       Defendants. | Civil Action No. 1:05CV02446<br><br>Judge: Gladys Kessler<br><br>Notification of Related Cases |

## NOTIFICATION OF RELATED CASES

Pursuant to Local Rule 40.5(b)(3), the plaintiff notifies the Court of the following related cases pending in courts other than the United States District Court for the District of Columbia:

1. *United States et al. v. Marquee Holdings, Inc. and LCE Holdings, Inc.*, CV05-10722 (S.D.N.Y. filed December 22, 2005). The case was assigned to Judge Kimba Wood.

2. *State of Washington v. Marquee Holdings, Inc. and LCE Holdings, Inc.*, CV05-2111 (W.D. Wash. filed December 21, 2005). The case was assigned to Judge Thomas Zilly.

3. *State of California v. Marquee Holdings, Inc. and LCE Holdings, Inc.*, CV 05-5306 (N.D. Cal. filed December 22, 2005). The case was assigned to Magistrate Judge Maria-Elena James.

Each of the above cases grows out of the same event or transaction as the instant case.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

DAVID M. RUBENSTEIN (DC Bar 458770)
Deputy Attorney General
Public Safety Division

BENNETT RUSHKOFF (DC Bar 386925)
Chief, Consumer and Trade Protection Section

DON A. RESNIKOFF (DC Bar 386688)
Senior Assistant Attorney General

ANIKA SANDERS COOPER (DC Bar 458863)
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW
Suite 450N
Washington, DC 20001
Ph: (202) 727-6241
Fax: (202) 727-6546

Attorneys for the District of Columbia

Dated: December 23, 2005