UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA,<br>a municipal corporation,<br>441 4th Street, N.W.,<br>Washington, D.C. 20001, | * * * * * | Civil Action No. 1:2005cv02446 |
| Plaintiff, | * * | Judge Gladys Kessler |
| v. | * * * | Calendar No. _____ |
| MARQUEE HOLDINGS INC.,<br>a Delaware corporation,<br>d/b/a AMC Entertainment Inc.,<br>1221 Avenue of the Americas<br>39th Floor<br>New York, NY 20020-1080 | * * * * * * * | Document for Filing |
| and | * * | |
| LCE HOLDINGS, INC.<br>a Delaware corporation,<br>d/b/a Loews Cineplex Entertainment Corp.<br>711 Fifth Avenue<br>New York, NY 10022 | * * * * * * | |
| Defendants. | * * | |

Attached for filing is the letter agreement between The District of Columbia and AMC Entertainment, Inc., dated August 17, 2006, with regard to the lease of the theatre located at 4000 Wisconsin Avenue, District of Columbia., and disposition of assets located at the theatre.

DATED: August 22, 2006

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

By    SUSAN PHAN
        Assistant Attorney General
        Office of the Attorney General
        441 4th Street, NW
        Suite 450N
        Washington, DC 20001
        Ph: (202) 727-3225
        Fax: (202) 727-6546

        Attorneys for the District of Columbia