**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE ATTORNEY GENERAL**



**Public Safety Division**
**Consumer and Trade Protection Section**

August 15, 2006

Damian G. Didden, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

      Re: <u>Lease termination and theatre asset abandonment, 4000 Wisconsin Avenue</u>

Dear Damien:

In your letter of August 9 you propose that, consistent with provisions of the outstanding consent decree, AMC Entertainment, Inc. ("AMC") be permitted to terminate its lease for AMC's 4000 Wisconsin Avenue theatre, without appointment of a trustee. You point out that the 4000 Wisconsin Avenue theatre is not profitable to AMC at current lease rates, and that current high lease rates are possible only because of the consent decree. You further suggest that appointment of a trustee will only cause delay and allow the landlord to collect further above-market rents from AMC without entertaining any offers from prospective new tenants. AMC argues that allowing it to terminate its lease is the only way to ensure that the landlord has the incentive to negotiate a lease at competitive market rates with a new theatre operator or other new tenant.

You have said that AMC agrees to arrangements to ensure that early lease termination will facilitate offers from possible new theatre tenants. You have said that in order to encourage early lease termination and facilitate transfer to another theatre operator, AMC will abandon and leave in place all of its non-proprietary, non-branded owned theatre assets (projectors, concession stands, seats, ticket booth, etc.) at the 4000 Wisconsin Avenue location, and, if requested and subject to any rights the landlord may have in those assets under the lease, transfer those assets to a new operator. AMC agrees that it will not at a future time use the non-proprietary, non-branded owned theatre assets now at the 4000 Wisconsin location to operate a theatre at that location.

We understand that AMC also agrees not to bid against any prospective new tenant for use of the 4000 Wisconsin Avenue theatre space.

If this letter correctly states the agreement of AMC, please so indicate by signing and returning an executed original to us. This agreement letter, when signed by D.C. Office of the Attorney General and AMC representatives, is OAG's consent in writing contemplated by paragraph

IV. E. of the Consent Decree, so that AMC's immediate termination of the lease for the theatre at 4000 Wisconsin Avenue and compliance with the agreements stated herein is compliance with the Consent Decree. The OAG will file a copy of the executed letter agreement with the Court so that it will be part of the public record.

Very truly yours,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

By: *[signature]*
BENNETT RUSHKOFF
Chief, Consumer and Trade Protection Section

*[signature]*
DON A. RESNIKOFF
Senior Assistant Attorney General
441 4th Street NW, Suite 450N
Washington, D.C. 20001

For AMC Entertainment, Inc.:

*[signature]*
Damian G. Didden, Esq.
Counsel for AMC Entertainment, Inc.

Dated: 8/17/06